USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MATEO REYES,

                        Plaintiff,

     -v-

CAFÉ COUSINA RESTAURANT INC., d/b/a CAFÉ
COSINA RESTAURANT, MARIA CARINO, and
ISRAEL MORAN,

                        Defendant.

------------------------------------------------------------X

18 Civ. 1873 (PAE)

DEFAULT JUDGMENT

PAUL A. ENGELMAYER, District Judge:

On March 1, 2018, Mateo Reyes filed the Complaint in this action. Dkt. 1. On March 7, 2018, Reyes served the Summons and Complaint on defendant Café Cousina Restaurant Inc. ("Café Cousina"), Dkt. 10. On March 14, 2018, Reyes served the Summons and Complaint on defendants Israel Moran and Maria Carino. Dkts. 10, 11. Defendants have since failed to appear, answer the Complaint, or otherwise defend itself in this action. On August 6, 2018, the Clerk of Court issued Certificates of Default as to each defendant. Dkts. 19–21. On August 27, 2018, Reyes moved for default judgment. Dkt. 22. On August 30, 2018, the Court issued an Order to Show Cause, stating that it would hold a hearing on October 26, 2018, at 2:30 p.m., at which time defendants would have an opportunity to show cause why the Court should not enter a default judgment on behalf of Reyes. Dkt. 26. On August 31, 2018, Reyes served the Order to Show Cause and its related filings on defendants. Dkt. 27. On October 26, 2018, as scheduled, the Court held the hearing. Defendants did not appear.

1

As set forth on the record of the default hearing, upon consideration of plaintiffs' application for default against defendants Café Cousina, Maria Carino, and Israel Moran, the Court hereby enters default judgment as to liability in favor of plaintiff. An order referring this matter to the Honorable Debra C. Freeman for an inquest into damages will issue shortly.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: October 29, 2018
       New York, New York