**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MATEO REYES, individually and on behalf of
others similarly situated,

                Plaintiff,

                -against-

CAFÉ COUSINA RESTAURANT INC. (d/b/a
CAFÉ COUSINA RESTAURANT), MARIA
CARINO, and ISRAEL MORAN,
                Defendants.
-----------------------------------------------------------X

18 CIVIL 1873 (PAE)(DF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 7, 2019, the Court holds defendants jointly and severally liable to Reyes for (1) damages in the amount of $126,905.50, representing (a) $53,088.75 in unpaid overtime wages, (b) $5,364 in unpaid spread-of-hours pay, (c) $58,452.75 in liquidated damages under state law, and (d) $10,000 in statutory damages under state law; (2) prejudgment interest in the amount of $7,700.21, plus additional prejudgment interest in the amount of $5,837.27; and (3) attorneys' fees and costs in the amounts of $4,275 and $400, respectively; accordingly, the case is closed.

**Dated:** New York, New York
         October 7, 2019

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                           **BY:**
                                                     **Deputy Clerk**